IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs.                                  )<br>)<br>JOHN H. COOLEY, JR.,       )<br>           Defendant.            ) | Criminal No. 02-40 ERIE<br>Civil Action No. 06-165 ERIE |

**ORDER**

AND NOW this  12th  day of September, 2006, after consideration of the Defendant's Letter, which the Court construes as a Motion for Reconsideration

IT IS HEREBY ORDERED that the said motion be and hereby is DENIED

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record  NK